**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOANN HUGGINS, on her own behalf and**
**others similarly situated,**

 **Plaintiff,**

**-vs-**  **Case No.  6:05-cv-1740-Orl-22KRS**

**BETTER MEDICAL CARE, INC.,**

 **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement

Agreement as Stipulated Final Judgment (Doc. No. 59) filed on May 9, 2007.

The United States Magistrate Judge has submitted a Report recommending that the

Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions

of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed May 10, 2007 (Doc. No. 60) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Joint Motion for Approval of Settlement Agreement as Stipulated Final

Judgment (Doc. No. 59) is **GRANTED**.  The Settlement Agreement is hereby **APPROVED**.

3.  The collective action allegations in the Complaint are dismissed and

this case is **DISMISSED WITH PREJUDICE.**

    4.    The Clerk is directed to **CLOSE** the file.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 29, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record